testify should not, in the first instance, be taken in the presence of the jury.

8. WITNESSES, § 50*—*applicability of rules as to determination of competency to admissions.* The same rule as to determining the competency of a witness to testify because of his being a distracted or insane person applies where admissions made by such person are sought to be introduced in evidence.

---

## Thomas D. Smith, Appellant, v. Thomas Freeman and Martha Freeman, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. WALTER BREWER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Thomas D. Smith, plaintiff, against Thomas Freeman and Martha Freeman, defendants, to recover damages for personal injuries sustained by plaintiff while working as a carpenter in building a porch for defendants. From a judgment for defendants, plaintiff appeals.

WALTER T. GUNN, for appellant; THOMAS A. GRAHAM, of counsel.

TILTON & TAYLOR, for appellees.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. MASTER AND SERVANT, § 688*—*when evidence sufficient to sustain finding as to construction of scaffold by employee or knowledge*

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*of defective condition.* Evidence *held* sufficient to sustain the finding either that plaintiff constructed the scaffold by the breaking of which he was injured, or had full knowledge of its construction and condition before he went upon it, in an action to recover damages for such injuries sustained while plaintiff was working as a carpenter in building a porch for defendants.

2. INSTRUCTIONS, § 159*—*consideration as series.* The instructions taken as a series *held* to have fairly instructed the jury.

George B. Jones, Appellee, v. William F. Gaumer, Appellant.

(Not to be reported in full.)

Appeal from the Circuit Court of Edgar county; the Hon. WALTER BREWER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Action by George B. Jones, plaintiff, against William F. Gaumer, defendant, to recover damages for breach of a contract for the exchange of real estate. From a judgment for plaintiff for $2,250, defendant appeals.

W. H. CLINTON, for appellant.

A. B. DENNIS and HARVEY GROSS, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

VENDOR AND PURCHASER, § 352*—*when evidence sufficient to show contract for deed to land to be subject to only one mortgage of

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.